**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** VINCENT NWAFOR

**Defendant(s):** UNITED STATES OF AMERICA

**FILED MAY 27 2008 TC**
**MAY 27 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Vincent Nwafor
#96415-024
Allenwood - LSCI
P.O. Box 1000
White Deer, PA  17887

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL  60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV3051**
**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE MASON**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 05/27/2008

Holderman
needs Mag. Jd.

90CR 654-2