UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 27 2008
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vincent Nwafor
    PLAINTIFF,

VS.

UNITED STATES OF AMERICA
    DEFENDANT.

CASE NO. 90-CR-654-2

**08CV3051**
**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE MASON**

Motion For Permission To Proceed
In Forms Pauperis Status
Pursuant To 28 U.S.C. § 1915(b)(1)

NOW COMES Vincent Nwafor, Pro Se Plaintiff who respectfully moves this most Honorable Court For Permission To Proceed In Forma Pauperis Status for good cause, and in support thereof are as follows:

1) Plaintiff can no longer afford Legal Fees, therefore he has filed with the Clerk Of The Court for the United States District Court to proceed in Forma Pauperis.

2) Plaintiff can not afford to pay for Legal representation that is urgently needed to file a competent and meritable Motion Pursuant to Rule 41(g) Of Motion To Return Property. Plaintiff is dependent on the part-time pay of about [ $74-49 ] per month paid by the UNICOR (Federal Prison Industry) of the L.S.C.I. Allenwood, Pennsylvania Federal Institution Correctional Complex.

3) Plaintiff owns No Property, Assets, Bank Accounts, Notes and has no other alternative source of income; and that the money saved-up in the Prison-Account is to be used as a Start-up Fund when released.

4) Plaintiff has attached hereto this Application Form, A Certified Copy Of My Trust Fund Account Statement for the past 6-months.

5) Plaintiff rightfully ask this Honorable Court for the Permission to make reasonable monthly payments of 20-percent of preceeding month's income credited to my Prison's Account.

6) Plaintiff do hereby Rightfully ask this Honorable Court for the Permission to Proceed in Forma Pauperis.

WHEREFORE, Subject To The Court's most gracious acceptance to Proceed as requested, the Plaintiff wishes to thank the Court in anticipation that This Motion will be Granted.

I, The Plaintiff have Executed This Motion For Permission To Proceed In Forma Pauperis Status Pursuant To 28 U.S.C § 1915(b)(1) <u>Without THE UNITED STATES</u>. I declare under the penalty of perjury <u>Under the Law Of The United States Of America</u>, That The Foregoing Is True and Correct, Executed on the below date. Pursuant To 28 U.S.C. § 1746.

Dated On This ___14th___ day of ___May___, 2008 A.D.

                                          Respectfully Submitted

                                        _[signature]_

                                    Vincent Nwafor, <u>Pro Se</u> Plaintiff

## CERTIFICATE OF SERVICE

I, Vincent Nwafor do hereby Certify that I have Sent a True and Correct Copy Of The Motion To Proceed In Forma Pauperis, Via First Class Pre-Paid Postage To:

OFFICE OF THE CLERK
Prisoner Correspondence
U.S. District Court-House
219 South Dearborn Street
Chicago, Illinois 60604

I, The Plaintiff have Executed This Motion To Proceed In Forma Pauperis, Pursuant To 28 U.S.C. § 1915(b)(1) <u>Without</u> The UNITED STATES, and I declare under the penalty of perjury <u>Under The Laws Of The United States Of America</u> That The Foregoing Motion was mailed on the below date.

Dated On This _14_th day of _May_, 2008 A.D.

Respectfully Submitted

_[signature]_
Vincent Nwafor, Pro Se Plaintiff
Reg. No. 96415-024
L.S.C.I. - Allenwood
P.O. Box 1000
White Deer, PA. 17887

3

FILED CH

%AO 240 (Rev. 10/03)

MAY 2 7 2008 aew

MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN District of ILLINOIS EASTERN DIVISION

Vincent Nwafor

    Plaintiff

V.

UNITED STATES OF AMERICA

    Defendant

08CV3051
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

CASE NUMBER: 90-CR-654-2

I, **Vincent Nwafor** declare that I am the (check appropriate box)

☒ ~~petitioner~~/plaintiff/~~movant~~      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? **Yes**    Do you receive any payment from the institution? **Yes.**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **Unicor Part-time. April month's pay: $66.58¢**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*I received $50.00 from my sister last month; however, this is not a monthly thing, because she has to take care of her son (my nephew).*

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

*14th of May, 2008*
Date

*[signature]*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 96415024 |
| Inmate Name: | NWAFOR, VINCENT |
| Report Date: | 05/07/2008 |
| Report Time: | 8:17:09 AM |

| | |
|---|---|
| Current Institution: | Allenwood FCC |
| Housing Unit: | ALF-G-B |
| Living Quarters: | G06-041L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 11/21/2007 3:00:06 PM | 67 | | | Sales | $3.45 | | $3,210.70 |
| ALX | 11/21/2007 2:59:22 PM | 66 | | | Sales | ($13.50) | | $3,207.25 |
| ALX | 11/17/2007 4:24:28 PM | TFN1117 | | | Phone Withdrawal | ($11.00) | | $3,220.75 |
| ALX | 11/14/2007 6:11:09 PM | 94 | | | Sales | ($55.50) | | $3,231.75 |
| ALX | 11/9/2007 3:26:36 PM | HIPP1007 | | | Payroll - IPP | $12.72 | | $3,287.25 |
| ALX | 11/6/2007 12:19:11 PM | 43 | | | Sales | ($66.00) | | $3,274.53 |
| ALX | 10/30/2007 11:26:18 PM | TFN1030 | | | Phone Withdrawal | ($12.00) | | $3,340.53 |
| ALX | 10/29/2007 5:18:21 PM | 54 | | | Sales | ($18.25) | | $3,352.53 |
| ALX | 10/23/2007 4:41:02 PM | TFN1023 | | | Phone Withdrawal | ($8.00) | | $3,370.78 |
| ALX | 10/22/2007 11:19:12 AM | 13 | | | Sales | ($60.20) | | $3,378.78 |
| ALX | 10/22/2007 11:17:09 AM | 4272 | | | SPO - Released | | $11.20 | -------- |
| ALX | 10/22/2007 11:17:09 AM | 12 | | | Sales | ($21.50) | | $3,438.98 |
| ALX | 10/17/2007 9:22:56 PM | TFN1017 | | | Phone Withdrawal | ($5.00) | | $3,460.48 |
| ALX | 10/9/2007 5:26:43 PM | 86 | | | Sales | ($12.25) | | $3,465.48 |
| ALX | 10/5/2007 3:17:39 PM | HIPP0907 | | | Payroll - IPP | $27.00 | | $3,477.73 |
| ALX | 10/1/2007 5:16:16 PM | 63 | | | Sales | ($34.85) | | $3,450.73 |
| ALX | 9/26/2007 10:58:47 PM | TFN0926 | | | Phone Withdrawal | ($10.00) | | $3,485.58 |
| ALX | 9/26/2007 6:44:11 AM | 4272 | | | SPO | | ($11.20) | -------- |
| ALX | 9/20/2007 6:11:17 PM | 94 | | | Sales | ($55.20) | | $3,495.58 |
| ALX | 9/20/2007 12:36:55 PM | 45 | | | Sales | $0.00 | | $3,550.78 |
| ALX | 9/18/2007 10:59:46 PM | TFN0918 | | | Phone Withdrawal | ($6.00) | | $3,550.78 |
| ALX | 9/16/2007 5:16:37 AM | 70191602 | | | Lockbox - CD | $50.00 | | $3,556.78 |
| ALX | 9/13/2007 12:43:17 PM | 46 | | | Sales | ($26.65) | | $3,506.78 |
| ALX | 9/10/2007 5:18:46 PM | TFN0910 | | | Phone Withdrawal | ($10.00) | | $3,533.43 |
| ALX | 9/7/2007 3:06:44 PM | GIPP0807 | | | Payroll - IPP | $15.80 | | $3,543.43 |
| ALX | 9/7/2007 12:05:54 PM | 38 | | | Sales | ($27.75) | | $3,527.63 |
| ALX | 9/4/2007 10:18:35 PM | TFN0904 | | | Phone Withdrawal | ($10.00) | | $3,555.38 |
| ALX | 8/30/2007 12:50:32 PM | 61 | | | Sales | ($35.10) | | $3,565.38 |
| ALX | 8/27/2007 11:20:05 PM | TFN0827 | | | Phone Withdrawal | ($3.00) | | $3,600.48 |
| ALX | 8/23/2007 12:20:29 PM | 48 | | | Sales | ($37.30) | | $3,603.48 |
| ALX | 8/16/2007 5:17:06 PM | TFN0816 | | | Phone Withdrawal | ($12.00) | | $3,640.78 |
| ALX | 8/16/2007 12:24:13 PM | 46 | | | Sales | ($48.05) | | $3,652.78 |
| ALX | 8/10/2007 11:06:18 PM | TFN0810 | | | Phone Withdrawal | ($12.00) | | $3,700.83 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALX | 8/9/2007 12:40:56 PM | 66 | | Sales | ($30.55) | | $3,712.83 |
| 1 2 | | | | | | | |

Total Transactions: 84

Totals: ($833.06) $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $2,910.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,910.32 |
| Totals: | $2,910.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,910.32 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Case 1:08-cv-03051  Document 3-2  Filed 05/27/2008  Page 5 of 6
InmateStatementCombined  Page 1 of 2

## Inmate Statement

| Inmate Reg #: | 06415024 | Current Institution: | Allenwood FCC |
|---|---|---|---|
| Inmate Name: | NWAFOR, VINCENT | Housing Unit: | ALF-G-B |
| Report Date: | 05/07/2008 | Living Quarters: | G06-041L |
| Report Time: | 8:16:47 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 5/1/2008 5:19:30 PM | 80 | | | Sales | ($60.45) | | $2,910.32 |
| ALX | 4/24/2008 5:02:44 PM | TFN0424 | | | Phone Withdrawal | ($8.00) | | $2,970.77 |
| ALX | 4/17/2008 5:20:37 PM | 93 | | | Sales | ($27.95) | | $2,978.77 |
| ALX | 4/16/2008 9:24:32 AM | TFN0416 | | | Phone Withdrawal | ($20.00) | | $3,006.72 |
| ALX | 4/10/2008 11:17:46 AM | 14 | | | Sales | ($73.55) | | $3,026.72 |
| ALX | 4/8/2008 2:35:36 PM | TFN0408 | | | Phone Withdrawal | ($9.00) | | $3,100.27 |
| ALX | 4/8/2008 5:16:41 AM | 70105601 | | | Lockbox - CD | $50.00 | | $3,109.27 |
| ALX | 4/4/2008 12:29:33 PM | 002043 | | | Payroll - UNICOR | $83.41 | | $3,059.27 |
| ALX | 4/3/2008 5:37:51 PM | 88 | | | Sales | ($54.55) | | $2,975.86 |
| ALX | 3/21/2008 10:26:12 PM | TFN0321 | | | Phone Withdrawal | ($5.00) | | $3,030.41 |
| ALX | 3/18/2008 5:17:34 AM | 70104101 | | | Lockbox - CD | $9.95 | | $3,035.41 |
| ALX | 3/17/2008 6:04:32 PM | TFN0317 | | | Phone Withdrawal | ($6.00) | | $3,025.46 |
| ALX | 3/17/2008 5:03:47 PM | 82 | | | Sales | ($39.20) | | $3,031.46 |
| ALX | 3/15/2008 7:19:54 AM | TFN0315 | | | Phone Withdrawal | ($19.00) | | $3,070.66 |
| ALX | 3/10/2008 5:21:33 PM | 102 | | | Sales | ($81.00) | | $3,089.66 |
| ALX | 3/7/2008 11:13:36 PM | TFN0307 | | | Phone Withdrawal | ($9.00) | | $3,170.66 |
| ALX | 3/7/2008 12:02:37 PM | 002039 | | | Payroll - UNICOR | $70.64 | | $3,179.66 |
| ALX | 2/25/2008 4:49:00 PM | 58 | | | Sales | ($71.10) | | $3,109.02 |
| ALX | 2/24/2008 8:46:48 PM | TFN0224 | | | Phone Withdrawal | ($12.00) | | $3,180.12 |
| ALX | 2/20/2008 5:11:24 AM | 70102201 | | | Lockbox - CD | $100.00 | | $3,192.12 |
| ALX | 2/19/2008 4:53:33 PM | 65 | | | Sales | ($16.50) | | $3,092.12 |
| ALX | 2/11/2008 11:11:44 AM | 9 | | | Sales | ($99.60) | | $3,108.62 |
| ALX | 2/11/2008 10:48:22 AM | | | 2955 | Bills | ($57.30) | | $3,208.22 |
| ALX | 2/8/2008 12:59:18 PM | HIPP0108 | | | Payroll - IPP | $18.60 | | $3,265.52 |
| ALX | 2/8/2008 12:54:22 PM | 002034 | | | Payroll - UNICOR | $196.19 | | $3,246.92 |
| ALX | 1/30/2008 8:40:40 PM | TFN0130 | | | Phone Withdrawal | ($10.00) | | $3,050.73 |
| ALX | 1/28/2008 4:51:08 PM | 36 | | | Sales | ($47.85) | | $3,060.73 |
| ALX | 1/22/2008 4:50:59 PM | 64 | | | Sales | ($27.05) | | $3,108.58 |
| ALX | 1/14/2008 4:47:53 PM | 60 | | | Sales | ($24.65) | | $3,135.63 |
| ALX | 1/12/2008 12:15:51 PM | TFN0112 | | | Phone Withdrawal | ($10.00) | | $3,160.28 |
| ALX | 1/9/2008 10:59:07 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $3,170.28 |
| ALX | 1/7/2008 5:32:28 PM | 98 | | | Sales | ($67.20) | | $3,173.28 |
| ALX | 1/4/2008 2:59:46 PM | HIPP1207 | | | Payroll - IPP | $30.00 | | $3,240.48 |

| ALX | 1/4/2008 2:51:57 PM | 002030 | | Payroll - UNICOR | $150.21 | $3,210.48 |
|---|---|---|---|---|---|---|
| ALX | 1/3/2008 10:09:44 PM | TFN0103 | | Phone Withdrawal | ($14.00) | $3,060.27 |
| ALX | 1/2/2008 11:36:03 AM | 9 | | Sales | ($46.60) | $3,074.27 |
| ALX | 12/30/2007 9:22:26 PM | TFN1230 | | Phone Withdrawal | ($10.00) | $3,120.87 |
| ALX | 12/26/2007 10:13:25 PM | TFN1226 | | Phone Withdrawal | ($10.00) | $3,130.87 |
| ALX | 12/19/2007 5:23:37 PM | TFN1219 | | Phone Withdrawal | ($10.00) | $3,140.87 |
| ALX | 12/18/2007 7:15:22 PM | TFN1218 | | Phone Withdrawal | ($15.00) | $3,150.87 |
| ALX | 12/18/2007 5:25:50 PM | 86 | | Sales | ($25.05) | $3,165.87 |
| ALX | 12/12/2007 9:55:39 PM | TFN1212 | | Phone Withdrawal | ($7.00) | $3,190.92 |
| ALX | 12/11/2007 5:38:31 PM | 103 | | Sales | ($59.05) | $3,197.92 |
| ALX | 12/11/2007 5:29:28 AM | 70197401 | | Lockbox - CD | $50.00 | $3,256.97 |
| ALX | 12/7/2007 12:29:42 PM | HIPP1107 | | Payroll - IPP | $3.78 | $3,206.97 |
| ALX | 12/7/2007 12:21:22 PM | 002021 | | Payroll - UNICOR | $74.49 | $3,203.19 |
| ALX | 12/5/2007 8:55:02 AM | TFN1205 | | Phone Withdrawal | ($20.00) | $3,128.70 |
| ALX | 12/4/2007 5:21:03 PM | 86 | | Sales | ($41.70) | $3,148.70 |
| ALX | 12/2/2007 5:54:10 PM | TFN1202 | | Phone Withdrawal | ($4.00) | $3,190.40 |
| ALX | 11/27/2007 5:35:25 PM | 80 | | Sales | ($16.30) | $3,194.40 |

1 2

Total Transactions: 84

Totals:  ($833.06)  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $2,910.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,910.32 |
| Totals: | $2,910.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,910.32 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $849.99 | $1,214.20 | $3,111.83 | $3,109.27 | $2,981.94 | N/A | N/A |