# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3051 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Vincent Nwafor vs. United States of America | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed *in forma pauperis* [3] is denied.

■ [ For further details see text below.]   Notices mailed.

## STATEMENT

    Requests to proceed *in forma pauperis* ("IFP") are reviewed under 28 U.S.C. § 1915. To ensure that indigent litigants have meaningful access to the courts, § 1915 allows an indigent litigant to commence an action in federal court without paying the administrative costs of the lawsuit. *Denton v. Hernandez*, 504 U.S. 25, 27 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). The court is required to deny a request to proceed IFP if (1) the allegation of poverty is untrue, (2) the action is frivolous or fails to state a claim, or (3) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2); *see Neitzke*, 490 U.S. at 324.

    This court finds that Vincent Nwafor does not meet the financial requirements for proceeding IFP. In his financial affidavit Nwafor asserts that he is currently incarcerated and earns approximately $66.00 per month working part-time at the prison. Nwafor's inmate statement of account attached to his affidavit, however, shows that Nwafor has maintained a balance of approximately $3,000 in his inmate account over the past six months. Nwafor therefore has sufficient funds to pay the filing fee in this case. Because Nwafor does not meet the financial requirements for proceeding IFP, the court denies his application.

Courtroom Deputy Initials: