# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3051 (90 CR 0654-2) | **DATE** | July 21, 2008 |
| **CASE TITLE** | Vincent Nwafor (#96415-024) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

By Minute Order of June 10, 2008, the court denied the petitioner/defendant's motion for leave to proceed *in forma pauperis* and directed him to pay the full $39.00 miscellaneous filing fee. The petitioner was forewarned that failure to remit the filing fee within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and the petitioner has not responded to the court's order. Accordingly, the petitioner's motion for return of property [#1] is denied and the case is terminated.

Docketing to mail notices.

mjm