IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT NWAFOR<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA<br>    Defendant | IN THIS MATTER OF<br>Case No. (08 C 3051)<br>(90 CR 0654-2)<br><br>Honorable James F. Holderman<br>Judge Presiding |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Vincent Nwafor, the Pro Se Plaintiff, above named hereby appeals the District Judge's decision to deny and terminate Plaintiff's Motion For Return Of Property, entered in the above entitled cause on June 10, 2008, to the United States Court Of Appeals for the Seventh Circuit.

*/s/ Vincent Nwafor*
Vincent Nwafor, Pro Se
Reg. No. 96415-024
L.S.C.I. - Allenwood
P.O. Box 1000
White Deer, PA. 17887

FILED
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT NWAFOR,<br>    Plaintiff<br><br>v<br><br>UNITED STATES OF AMERICA<br>    Defendant | Case No. 08 C 3051<br>(90 CR 0654-2)<br><br>Honorable James F. Holderman<br><br>Judge Presiding |

FILED
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO: AUSA Zaldwaynaka Scott
    219 South Dearborn Street
    Chicago, ILlinois 60602

PLEASE TAKE NOTICE that on the 15th day of August, 2008, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, Plaintiff's Notice Of Appeal and Jurisdictional Statement, copies of which are attached hereto and hereby served upon you.

*/s/ Vincent Nwafor*
Vincent Nwafor, Pro Se.
Reg. No. 96415-024
L.S.C.I - Allenwood
P.O. Box 1000
White Deer, PA. 17887

### CERTIFICATE OF SERVICE

I, Vincent Nwafor, Pro Se Plaintiff, do hereby certifies that I served the foregoing Notice and Pleadings on the Party addressed above by depositing same in the U.S. Mail-Box at L.S.C.I. Allenwood, White Deer Pennsylvania, with proper Prepaid Certified Mail on August 15, 2008.

*/s/ Vincent Nwafor*
Vincent Nwafor, Pro Se.

4