FILED
Aug 21 2008
AUG 21 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VINCENT NWAFOR, )
    Plaintiff )   Case No. 08 C 3051
 ) (90 CR 0654-2)
V. )
 )   Honorable James F. Holderman
UNITED STATES OF AMERICA )
    Defendant )   Judge Presiding
 )

**Motion For Permission To Proceed
In Forma Pauperis Status
Pursuant To 28 U.S.C. § 1915(b)(1)**

NOW COMES Vincent Nwafor, Pro Se Plaintiff who respectfully moves this Honorable Court For the Permission To Proceed In Forma Pauperis Status for good cause, and in support thereof are as follows:

1) Plaintiff can no longer afford to pay for Legal fees, therefore, has filed with the Clerk of the Court for the United States District Court to proceed in Forma Pauperis.

2) Plaintiff can not afford to pay for legal representation that is urgently needed to file a competent and meritable motion Pursuant to Rule 4(a)(1)(A) and 4(c), as required by Circuit Rule 3. Plaintiff is dependent on the pay of about [$170.00] per month paid by the UNICOR (Federal Prison Industry) of the L.S.C.I. Allenwood, Pennsylvania Federal correctional complex.

3) Plaintiff owns no Property, Assets, Bank Accounts, Stock Accounts, Notes and has no other alternative source of income; and that the money saved-up in the Prison-Account is to be used as a financial start-up fund when released from prison.

4) Plaintiff has attached hereto this Application Form, and a Certified Copy of Plaintiff's Trust Fund Account Statement for the past 6-months.

5) Plaintiff rightfully ask this Honorable Court for the Permission to make reasonable monthly payments of 20-percent of preceding months income credited to my prison's account.

6) Plaintiff do hereby Rightfully ask this Honorable Court For the permission to Proceed In Forma Pauperis.

WHEREFORE, Subject To The Court's most gracious acceptance to Proceed as requested, the Plaintiff wishes to thank the Court in anticipation that This Motion will be Granted.

I, Vincent Nwafor, the Pro Se Plaintiff, have Executed This Motion For Permission To Proceed In Forma Pauperis Status Pursuant To 28 U.S.C. § 1915(b)(1) <u>WITHOUT THE UNITED STATES</u>.  I declare under the penalty of perjury <u>Under the Law Of The United States Of America</u>, That The Foregoing Is True and Correct, and Executed on the below date, Pursuant To 28 U.S.C. § 1746.

Dated On This 15th day of Aug., 2008.

Respectfully Submitted

*Vincent Nwafor*
Vincent Nwafor, Pro Se.
Reg. No. 96415-024
L.S.C.I. - Allenwood
P.O. Box 1000
White Deer, PA. 17887

2

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__FOR THE NORTHERN__ District of __ILLINOIS EASTERN DIVISION__

VINCENT NWAFOR
　Plaintiff

V.

UNITED STATES OF AMERICA
　Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:: 08 C 3051
(90 Cr 0654-2)

I, __VINCENT NWAFOR__ declare that I am the (check appropriate box)

☒ ~~petitioner~~/plaintiff/~~movant~~　　☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☒ Yes　　☐ No　　(If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Low Security Correctional Institution Allenwood, White Deer Pennsylvania.__

   Are you employed at the institution? __Yes__　　Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?　　☐ Yes　　☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

08/15/08
Date

_[signature]_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE OF SERVICE

I, Vincent Nwafor do hereby Certify that I have sent a True and Correct Copy Of The Motion To Proceed In Forma Pauperis, Via First Class Certified Pre-paid Postage To:

OFFICE OF THE CLERK
Prisoner Correspondence
U.S. District Court-House
219 South Dearborn Street
Chicago, Illinois 60604

I, Vincent Nwafor, Pro Se Plaintiff have Executed This Motion To Proceed In Forma Pauperis, Pursuant To 28 U.S.C. § 1915(b)(1) Without The United States, and I declare under the penalty of Perjury Under The Laws Of The United States Of America, That The Foregoing Motion was mailed on the below date; and this is in Pursuant To 28 U.S.C. § 1746.

Dated On This 15th day of Aug., 2008.

Respectfully Submitted

*[signature]*
Vincent Nwafor, Pro Se
Reg. No 96415-024
L.S.C.I. - Allenwood
P.O. Box 1000
White Deer, PA. 17887

3

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 96415024 |
| Inmate Name: | NWAFOR, VINCENT |
| Report Date: | 08/14/2008 |
| Report Time: | 1:48:32 PM |

| | |
|---|---|
| Current Institution: | Allenwood FCC |
| Housing Unit: | ALF-G-B |
| Living Quarters: | G06-041L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 3/7/2008 12:02:37 PM | 002039 | | | Payroll - UNICOR | $70.64 | | $3,179.66 |
| ALX | 2/25/2008 4:49:00 PM | 58 | | | Sales | ($71.10) | | $3,109.02 |
| ALX | 2/24/2008 8:46:48 PM | TFN0224 | | | Phone Withdrawal | ($12.00) | | $3,180.12 |
| ALX | 2/20/2008 5:11:24 AM | 70102201 | | | Lockbox - CD | $100.00 | | $3,192.12 |
| ALX | 2/19/2008 4:53:33 PM | 65 | | | Sales | ($16.50) | | $3,092.12 |
| ALX | 2/11/2008 11:11:44 AM | 9 | | | Sales | ($99.60) | | $3,108.62 |
| ALX | 2/11/2008 10:48:22 AM | | 2955 | | Bills | ($57.30) | | $3,208.22 |
| ALX | 2/8/2008 12:59:18 PM | HIPP0108 | | | Payroll - IPP | $18.60 | | $3,265.52 |
| ALX | 2/8/2008 12:54:22 PM | 002034 | | | Payroll - UNICOR | $196.19 | | $3,246.92 |
| ALX | 1/30/2008 8:40:40 PM | TFN0130 | | | Phone Withdrawal | ($10.00) | | $3,050.73 |
| ALX | 1/28/2008 4:51:08 PM | 36 | | | Sales | ($47.85) | | $3,060.73 |
| ALX | 1/22/2008 4:50:59 PM | 64 | | | Sales | ($27.05) | | $3,108.58 |
| ALX | 1/14/2008 4:47:53 PM | 60 | | | Sales | ($24.65) | | $3,135.63 |
| ALX | 1/12/2008 12:15:51 PM | TFN0112 | | | Phone Withdrawal | ($10.00) | | $3,160.28 |
| ALX | 1/9/2008 10:59:07 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $3,170.28 |
| ALX | 1/7/2008 5:32:28 PM | 98 | | | Sales | ($67.20) | | $3,173.28 |
| ALX | 1/4/2008 2:59:46 PM | HIPP1207 | | | Payroll - IPP | $30.00 | | $3,240.48 |
| ALX | 1/4/2008 2:51:57 PM | 002030 | | | Payroll - UNICOR | $150.21 | | $3,210.48 |
| ALX | 1/3/2008 10:09:44 PM | TFN0103 | | | Phone Withdrawal | ($14.00) | | $3,060.27 |
| ALX | 1/2/2008 11:36:03 AM | 9 | | | Sales | ($46.60) | | $3,074.27 |
| ALX | 12/30/2007 9:22:26 PM | TFN1230 | | | Phone Withdrawal | ($10.00) | | $3,120.87 |
| ALX | 12/26/2007 10:13:25 PM | TFN1226 | | | Phone Withdrawal | ($10.00) | | $3,130.87 |
| ALX | 12/19/2007 5:23:37 PM | TFN1219 | | | Phone Withdrawal | ($10.00) | | $3,140.87 |
| ALX | 12/18/2007 7:15:22 PM | TFN1218 | | | Phone Withdrawal | ($15.00) | | $3,150.87 |
| ALX | 12/18/2007 5:25:50 PM | 86 | | | Sales | ($25.05) | | $3,165.87 |
| ALX | 12/12/2007 9:55:39 PM | TFN1212 | | | Phone Withdrawal | ($7.00) | | $3,190.92 |
| ALX | 12/11/2007 5:38:31 PM | 103 | | | Sales | ($59.05) | | $3,197.92 |
| ALX | 12/11/2007 5:29:28 AM | 70197401 | | | Lockbox - CD | $50.00 | | $3,256.97 |
| ALX | 12/7/2007 12:29:42 PM | HIPP1107 | | | Payroll - IPP | $3.78 | | $3,206.97 |
| ALX | 12/7/2007 12:21:22 PM | 002021 | | | Payroll - UNICOR | $74.49 | | $3,203.19 |
| ALX | 12/5/2007 8:55:02 AM | TFN1205 | | | Phone Withdrawal | ($20.00) | | $3,128.70 |
| ALX | 12/4/2007 5:21:03 PM | 86 | | | Sales | ($41.70) | | $3,148.70 |
| ALX | 12/2/2007 5:54:10 PM | TFN1202 | | | Phone Withdrawal | ($4.00) | | $3,190.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ALX | 11/27/2007 5:35:25 PM | 80 | Sales | ($16.30) | | $3,194.40 |
| ALX | 11/21/2007 3:00:06 PM | 67 | Sales | $3.45 | | $3,210.70 |
| ALX | 11/21/2007 2:59:22 PM | 66 | Sales | ($13.50) | | $3,207.25 |
| ALX | 11/17/2007 4:24:28 PM | TFN1117 | Phone Withdrawal | ($11.00) | | $3,220.75 |
| ALX | 11/14/2007 6:11:09 PM | 94 | Sales | ($55.50) | | $3,231.75 |
| ALX | 11/9/2007 3:26:36 PM | HIPP1007 | Payroll - IPP | $12.72 | | $3,287.25 |
| ALX | 11/6/2007 12:19:11 PM | 43 | Sales | ($66.00) | | $3,274.53 |
| ALX | 10/30/2007 11:26:18 PM | TFN1030 | Phone Withdrawal | ($12.00) | | $3,340.53 |
| ALX | 10/29/2007 5:18:21 PM | 54 | Sales | ($18.25) | | $3,352.53 |
| ALX | 10/23/2007 4:41:02 PM | TFN1023 | Phone Withdrawal | ($8.00) | | $3,370.78 |
| ALX | 10/22/2007 11:19:12 AM | 13 | Sales | ($60.20) | | $3,378.78 |
| ALX | 10/22/2007 11:17:09 AM | 4272 | SPO - Released | | $11.20 | -------- |
| ALX | 10/22/2007 11:17:09 AM | 12 | Sales | ($21.50) | | $3,438.98 |
| ALX | 10/17/2007 9:22:56 PM | TFN1017 | Phone Withdrawal | ($5.00) | | $3,460.48 |
| ALX | 10/9/2007 5:26:43 PM | 86 | Sales | ($12.25) | | $3,465.48 |
| ALX | 10/5/2007 3:17:39 PM | HIPP0907 | Payroll - IPP | $27.00 | | $3,477.73 |
| ALX | 10/1/2007 5:16:16 PM | 63 | Sales | ($34.85) | | $3,450.73 |

12

Total Transactions: 100

Totals: ($890.86)   $11.20

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $2,594.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,594.72 |
| Totals: | $2,594.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,594.72 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**PRISONER CORRESPONDENCE**
312-435-5794

May 27, 2008

Vincent Nwafor
#96415-024
P.O. Box 1000
White Deer, PA   17887

Dear Mr. Nwafor:

We hereby inform you that your petition for leave to file and proceed in forma pauperis in the cause entitled:

**VINCENT NWAFOR -vs- UNITED STATES OF AMERICA**

has been assigned case number:   **08C 3051**

and to:   **JUDGE HOLDERMAN**

who will rule on your petition.   **MAGISTRATE JUDGE MASON**
is the designated magistrate for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document, a <u>copy for the judge</u> and **one additional copy** of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent

*Exhibit-A: This is the only notice received in connection with this above case, until I received another notice of why the case is terminated. Where is the $39.00 miscellaneous filing fee Notice?*