# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 25, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3171
>
> Caption:  
> VINCENT NWAFOR,  
> Plaintiff - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,  
> Defendant - Appellee
>
> ---
>
> District Court No: 1:08-cv-03051  
> Court Reporter Colleen Conway  
> Clerk/Agency Rep Michael Dobbins  
> District Judge James Holderman
>
> Date NOA filed in District Court: 08/25/2008

If you have any questions regarding this appeal, please call this office.

CC:

TC



**FILED**  
**AUGUST 25, 2008**  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Colleen Conway

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)